IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CRIMINAL NO. 2:19-CR 182 |
| DOROTHY RECARDE | : | |

## ORDER

**AND NOW,** this ___ Day of May 2019, upon defense Motion to Withdraw Pro Se Filing and without objection from the government, it is hereby ORDERED and DIRECTED that the Motion to Withdraw Pro Se Filing is GRANTED.

BY THE COURT:

_____
Paul S. Diamond                    J.
United States District Court Judge
Eastern District of Pennsylvania