*Law Offices of Heather J. Mattes*
105 South High Street, Suite 2A
West Chester, PA   19382-1008

*Please Docket*

Telephone: (610) 431-7900
Facsimile: (484) 244-5077

Attorney Identification 42364
Email:hjm@hjmattes.com

February 25, 2020

The Honorable Paul S. Diamond
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1743

RE: *United States v. Dorothy Recarde*, 2:19-cr-00182-0001

Dear Judge Diamond:

As Your Honor will remember, the above matter is scheduled before you for sentencing on March 12, 2020. Mrs. Recarde is on bail. The government attorney, Frank Costello and I have several outstanding issues remaining to prepare for sentencing and would respectfully request a sixty-day continuance. I have spoken with the defendant and she has no objection.

Thank you for considering our request.

Very truly yours,

*HJ Mattes*

Heather J. Mattes
Attorney for Dorothy Recarde


BY: email: Deputy Lenora_Kashner_Wittje@paed.uscourts.gov
cc: Frank R. Costello, Jr., Assistant United States Attorney Frank.costello@usdoj.gov
    George McGary, Federal Probation George_McGary@paep.uscourts.gov
    Dorothy Recarde