# Law Offices of Heather J. Mattes
105 South High Street, Suite 2A
West Chester, PA   19382-1008

Telephone: (610) 431-7900　　　　　　　　　　　　　　　　Attorney Identification 42364
Facsimile:  (484) 244-5077　　　　　　　　　　　　　　　　Email:hjm@hjmattes.com

May 20, 2020

The Honorable Paul S. Diamond
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1743

RE: *United States v. Dorothy Recarde*, 2:19-cr-00182-0001

Dear Judge Diamond:

As Your Honor will remember, the above matter is scheduled before you for sentencing on June 4, 2020.  Mrs. Recarde is on bail.  Due to the uncertainty surrounding the COVID-19 health emergency and outstanding matters related to sentencing, I would respectfully request a sixty-day continuance.  I have spoken with Mr. Costello and he has no objection.

Thank you for considering our request.

Very truly yours,

/s/ Heather J. Mattes

Heather J. Mattes
Attorney for Dorothy Recarde

BY: email: Deputy Lenora Wittje  Lenora_Kashner_Wittje@paed.uscourts.gov

cc: Frank R. Costello, Jr., Assistant United States Attorney
　　George McGary, Federal Probation
　　Dorothy Recarde